PD-1348-15          NO. 10-14-00156-CR

IN THE
COURT OF CRIMINAL APPEALS

MICHAEL DON POGUE
V.
THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

FROM THE TENTH COURT OF APPEALS
NO. 10-14-00156-CR
FROM THE 413TH DISTRICT COURT
JOHNSON COUNTY
NO. F48332

FILED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, MICHAEL DON POGUE, Petitioner, and files this motion for an extension of 60 days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following:

I

The Petitioner was convicted in the 413TH District Court of Johnson County of the offense of Sexual Assault of a child and Indecency with a child in Cause NO. F48332 styled State of Texas V. MICHAEL Don Pogue. The Petitioner appealed to the Court of Appeals, TENTH Supreme Judical District. THE case was

—Page 1—

affirmed on the 17TH day of September, 2015.

## II

The present deadline for filing the Petition for Discretionary Review is the 17TH day of October, 2015. THe Petitioner has not requested any extension prior to this request.

## III

Petitioner's request for an extension is based upon the following facts:

Petitioner was not informed of the decision of the Court of Appeals in affirming his case until Sept. 25, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on appeal, Shelly Fowler, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case No. 10-14-00156-CR to the 16TH day of December, 2015.

Michael Don Pogue
Petitioner, pro se
Texas Department of
Criminal Justice
Polunsky Unit
TDCJ-ID # 1932517
3872 F.M. 350 S.
Livingston, TX 77351

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for the State, Dale Hanna, 204 S. Buffalo Ave., Suite 209, Cleburne, TX, 76033, and to the State Prosecuting Attorney, 59 W. 11TH St., P.O. Box 1748, Austin, TX, 78767-1748 on this the 7TH day of October, 2015.

_(signature)_

Petitioner, pro se

I, MICHAEL DON POGUE, TDCJ # 1932517, being presently incarcerated in the Polunsky Unit of the Texas Department of Criminal Justice in Polk County, TX, verify and declare under penalty of prejury that the foregoing statements are true and correct. Executed on this the 7TH day of October, 2015.

_(signature)_

Michael Pogue
TDCJ # 1932517